UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-61302 HUCK/SIMONTON

KAREN D. GONZALEZ,

    Plaintiff,

v.

PEOPLE BEAUTIFUL CORPORATION,
a Florida Corporation d/b/a JOHN CASABLANCAS
MODELING AND CAREER CENTER, and
ERICA OLIVEIRA,

    Defendants.
_____/

## NOTICE OF FILING DEFENDANTS' POSITION STATEMENT

Defendants' People Beautiful Corp. d/b/a John Casablancas Modeling and Career Center, ("John Casablancas"), and Erica Oliveira, ("Oliveira") (collectively referred to as "Defendants"), by and through their undersigned counsel, hereby, files this, their Position Statement.

Plaintiff alleges that she was not paid. She provided two checks that were sent to her: (1) check # 5070 for Two Hundred Ten and 94/100 dollars ($210.94) and (2) check # 5017 for Seven Hundred Twenty Six and 42/100 dollars ($726.42). Plaintiff claims that check #5070 bouncd because there were insufficient funds in the account. However, a review of the bank records for that time period indicates that there were sufficient funds in the account to cover the check for $210.94, not to mention Defendants' have overdraft protection. Plaintiff only provided a copy of the face of the check not the back. As such, there is no way to determine whether Plaintiff attempted to cash the check and, if in fact, it bounced for insufficient funds.

Additionally, the second check needs to be inspected to determine whether it was signed. If the check was not signed it was because of an oversight and not intentional or willful. If the check was not signed, Defendants owe Plaintiff $726.10.

Dated: November 17, 2006

                                              Respectfully submitted,

ROTHSTEIN ROSENFELDT ADLER
**Attorneys for Plaintiff**
Las Olas City Centre, Suite 1650
401 East Las Olas Boulevard
Ft. Lauderdale, FL  33301
TEL:   (954) 522-3456
FAX:  (954) 527-8663


By: /s/ JanPaul Guzman
     Shawn L. Birken, Esq.
     Florida Bar No.: 418765
     JanPaul Guzman, Esq.
     Florida Bar No.: 0016064
     For the Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail and fax this 17 day of November, 2006 to all counsel and/or parties on the attached Service List.

    Respectfully submitted,

    ROTHSTEIN ROSENFELDT ADLER
    **Counsel for Defendants**
    Las Olas City Centre
    401 E. Las Olas Boulevard
    Suite 1650
    Fort Lauderdale, Florida  33301
    Tel:     (954) 522-3456
    Fax:    (954) 527-8663
    Email: sbirken@rra-law.com

    By: /s/ JanPaul Guzman
        Shawn L. Birken, Esq.
        Florida Bar No.: 418765
        JanPaul Guzman, Esq.
        Florida Bar No.: 0016064
        For the Firm

## SERVICE LIST
CASE NO.:  06-61302 HUCK/SIMONTON

Shawn L. Birken, Esq., Florida Bar No. 418765
Email: sbirken@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
Las Olas City Centre
401 E. Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida  33301
Tel:     (954) 522-3456
Fax:    (954) 527-8663
**Counsel for Defendants**

Peter Bober, Esq.
peter@boberlaw.com
Bober & Bober, P.A.
1930 Tyler Street
Hollywood, FL  33020
954-922-2298
Fax 954-922-5455
**Counsel for Plaintiff**

H:\swrdocs\06-13609\Position Statement.doc